# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATHAN CAMPBELL,

    Plaintiff,

vs.

D. W. NEVEN, et al.,

    Defendants.

Case No. 2:11-CV-00400-JCM-(RJJ)

**ORDER**

The court ordered (#2) petitioner to pay an initial partial filing fee pursuant to 28 U.S.C. § 1915(b). Petitioner has not paid the fee within the allotted time.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to pay the initial partial filing fee. The clerk of the court shall enter judgment accordingly.

DATED: July 12, 2011.

JAMES C. MAHAN
United States District Judge